JOHN KILGORE v. A. PICHARD, *Chairman,* C. M. AUSLEY, HUNTER M. BANNERMAN, T. H. CROMARTIE and O. P. HARVEY, as members of and constituting the Board of County Commissioners of Leon County, and PAUL V. LANG, as Clerk of said Board.

169 So. 614.

En Banc.

Opinion Filed August 3, 1936.

*Guyte P. McCord,* for Appellant;

*Wm. Blount Myers,* for Appellees.

PER CURIAM.—The above cause coming on to be heard upon the transcript of the record of the order and decree rendered by the lower court, and the briefs of counsel, and the same having been duly considered by the Court, no error is found in the record and the order and decree appealed from is hereby affirmed.

Affirmed.

WHITFIELD, C. J., and ELLIS, TERRELL, BROWN, BUFORD and DAVIS, J. J., concur.